

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

HILDA G. TAGLE
U.S. DISTRICT JUDGE

REYNALDO G. GARZA AND FILEMON B. VELA
UNITED STATES COURTHOUSE
600 E. HARRISON, ROOM 306
BROWNSVILLE, TEXAS 78520-7114
(956)548-2510

September 17, 2008

Honorable Judge Ortrie D. Smith, Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D C 20544

Re: Calendar Year 2007 filing

Dear Judge Smith:

Thank you for the information related to my 2007 annual financial disclosure report. I have reviewed the concerns for which the committee has asked for additional information and appreciate the advise related to those items which we will direct more careful attention in our future filings with the committee.

In regards to the items requiring a response the following is submitted for your consideration.

Part VII, page 4, line 14. The sponsor of the fund is Nationwide Retirement Solutions. The fund name is Investment Company of America.

Part VII, page 5, line 20. The sponsor of the fund is American Funds and the name of the Fund is Investment Company of America-A.

Part VII, page 5, lines 24-26. The sponsor of the fund is The John Hancock Company New York and the fund names are the All Cap Growth Fund, Mid Cap Stock Fund and the U.S. Large Cap Fund.

I have enclosed three copies of this letters as per your instructions. I appreciate the committee's assistance in helping us comply with our reporting requirements. Please let me know if there is anything else that I can do to help expedite the closing of my 2007 report. Thank you for your assistance in this matter.

Sincerely,



HGT:vbl
Enclosures

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  TAGLE, HILDA G | 2. Court or Organization  SOUTHERN DISTRICT OF TEXAS | 3. Date of Report  05/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007  to  12/31/2007 |
| 7. Chambers or Office Address  600 E. HARRISON, ROOM 306 BROWNSVILLE, TX 78520 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 MAY 19 P 1:47 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | NUESES COUNTY DEFERRED COMPENSATION PROGRAM AGREEMENT(NO CONTROL) |
| 2. | TEXAS COUNTY AND DISTRICT RETIREMENT ACCOUNT (NO CONTROL) |
| 3. | EMPLOYEE RETIREMENT SYSTEM OF TEXAS (NO CONTROL) |

| Name of Person Reporting | Date of Report |
|---|---|
| TAGLE, HILDA G | 05/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/07 | SELF EMPLOYMENT INCOME, INTERIOR DESIGNER SERVICES |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TAGLE, HILDA G | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TEXAS COUNTY/DISTRICT RETIREMENT SYSTEM | D | Interest | M | T | | | | | |
| 2. EMPLOYEE RETIREMENT SYSTEM OF TEXAS | B | Interest | K | T | | | | | |
| 3. -FIXED FUND(1) | | | | | | | | | |
| 4. DIVERSIFIED INVESTMENTS ADVISORS | A | Dividend | | | REDEMPTION | 07/18 | J | | |
| 5. FISERV INVESTOR SERVICES INC | A | Dividend | | | REDEMPTION | 7/18 | J | | |
| 6. -FIDELITY ADVISOR GROWTH OPPORTUNITY CL A | | | | . | | | | | |
| 7. FISERV INVESTOR SERVICES INC | A | Dividend | | | REDEMPTION | 7/18 | J | | |
| 8. -MAINSTAY HIGH YIELD CORPORATE BND CLASS B | | | | | | | | | |
| 9. -MAINSTAY GOVERNMENT FUND CLASS B | | | | | | | | | |
| 10. FIDELITY INVESTMENT-MONEY MARKET ACCOUNT | A | Dividend | | | REDEMPTION | 7/18 | J | | |
| 11. NUECE COUNTY DEFERRED PLAN-NATIONWIDERETIREMENT SOLUTIONS | A | Dividend | M | T | | | | | |
| 12. -FID CONTRA FUND | | | | | | | | | |
| 13. -FID EQUITY INCOME FUND | | | | | | | | | |
| 14. -INVESTMENT CO OF AMERICA | | | | | | | | | |
| 15. -PUTMAN VOYAGER FND CLS A | | | | | | | | | |
| 16. -NEUBER EQ SOC RESP FND LC | | | | | | | | | |
| 17. -SELINDXFNDSS&P 500 INDEX PORT | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TAGLE, HILDA G | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -AM CENT ULTRA 1C | | | | | | | | | |
| 19. UBS FINANCIAL SERVICE INC | A | Dividend | J | T | | | | | |
| 20. -INVESTMENT CO OF AMERICA | | | | | | | | | |
| 21. WASHINGTON MUTUAL BANK IRA | A | Interest | J | T | | | | | |
| 22. JOHN HANCOCK CO 401(K) PLAN | A | Interest | J | T | | | | | |
| 23. -MONEY MARKET FUND | | | | | | | | | |
| 24. -ALL CAP GROWTH FUND | | | | | | | | | |
| 25. -AGGRESSIVE GROWTH FUND MID CAP ST FD(VS) | | | | | | | | | |
| 26. -U.S. LARGE CAP FUND(VS) | | | | | | | | | |
| 27. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. LINE 11-- NAME IS --NUECES COUNTY DEFERRED PLAN-NATIONWIDE RETIREMENT SOLUTIONS.

| Name of Person Reporting | Date of Report |
|---|---|
| TAGLE, HILDA G | 05/08/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544